Raleigh ANDERSON, Plaintiff–Appellant,

v.

UNITED STATES of America, Defendant—Appellee,

and

Social Security Administration; George McConnell, Defendants.

No. 15–1825.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 17, 2015.

Decided: Nov. 19, 2015.

Raleigh Anderson, Appellant Pro Se. Kartic Padmanabhan, Office of the United States Attorney, Roanoke, Virginia, for Appellee.

Before SHEDD, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raleigh Anderson appeals the district court's order dismissing his complaint. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Anderson's informal brief does not challenge the bases for the district court's disposition, Anderson has forfeited appellate review of the court's order. Accordingly, we grant Anderson's motion to proceed in forma pauperis and affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*